UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES ANTHONY MURPHY                        PLAINTIFF

VERSUS                            CIVIL ACTION NO. 1:10CV305-RHW

HARRISON COUNTY, MISSISSIPPI;
MELVIN BRISOLARA, SHERIFF;
DONALD A. CABANA, WARDEN;
AND KENISSIA CLARK                          DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants motions for summary judgment are granted and that the Plaintiff's complaint is dismissed with prejudice as to all claims and all Defendants.

SO ORDERED, this the 4th day of August, 2011.

                                                   s/ Robert H. Walker
                                                   UNITED STATES MAGISTRATE JUDGE